Date signed March 08, 2007



_____
DUNCAN W. KEIR
U. S. BANKRUPTCY JUDGE

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF MARYLAND
### at Baltimore

| | | |
|---|---|---|
| In Re: | * | |
| Anna E. Richards | * | Case No.    06-17553 DK |
| | * | Chapter    7 |
| | * | |
| | * | Creditor   - DaimlerChrysler Financial |
| | * | Services America, LLC |
| Debtor(s). | * | Reaffirmation  - 15 |

### STATEMENT OF REVIEW

The above identified Reaffirmation Agreement has been reviewed. It appearing that all requirements of 11 U.S.C. § 524 have been complied with, counsel for debtor has made the certification set forth in 11 U.S.C. § 524(c)(3), and Part D of the Reaffirmation Agreement is completed in a manner not significantly disparate from the sworn statements of the debtor in Schedules I and J and creates no presumption of undue hardship under 11 U.S.C. § 524(m). No hearing, determination, or order is required.

cc:    Debtor(s)
        Debtor(s) Counsel  - Mark F. Scurti
        Creditor - DaimlerChrysler Financial Services Americas, LLC
        Trustee - S. Logan

**End Of Order**

Reaff-34.4  -   2/9/07 TM